# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JASON L. HOUSTON
Reg. #31420-045                                                               PLAINTIFF

v.                              No. 2:18-cv-168-DPM

J. WILDER, Supervisor of Recreation,
Forrest City Medium; and T. HALL,
Teacher, Forrest City Medium                                              DEFENDANTS

## ORDER

Houston hasn't responded. Unopposed recommendation, № 19, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Defendants' motion, № 14, is granted. Houston's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 May 2019