IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JASON L. HOUSTON
Reg. #31420-045                                                           PLAINTIFF

v.                          No. 2:18-cv-168-DPM

J. WILDER, Supervisor of Recreation,
Forrest City Medium; and T. HALL,
Teacher, Forrest City Medium                                         DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

17 May 2019